No. 85–5568.   MCLAURIN v. SYRACUSE UNIVERSITY ET AL. C. A. 2d Cir.   Certiorari denied.

No. 85–5570.   WILLIAMS v. MAGGIO, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 85–5573.   TURNER v. NORTH CAROLINA DEPARTMENT OF HUMAN RESOURCES, DIVISION OF SERVICES FOR THE BLIND, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 85–5576.   WHIGHAM v. NEW YORK TELEPHONE.   C. A. 2d Cir.   Certiorari denied.

No. 85–5583.   BURTON v. SARGENT, WARDEN.   C. A. 8th Cir. Certiorari denied.

No. 85–5584.   BURTON v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.   C. A. 8th Cir.   Certiorari denied.

No. 85–5585.   JONES v. GREER, WARDEN.   C. A. 7th Cir. Certiorari denied.

No. 85–5590.   MORRIS v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 85–5592.   RIDLEY v. GOLDMAN ET AL.   C. A. 7th Cir. Certiorari denied.

No. 85–5593.   ISADORE v. KINCHELOE, SUPERINTENDENT, WASHINGTON STATE REFORMATORY.   C. A. 9th Cir.   Certiorari denied.

No. 85–5601.   BURNLEY v. SUPERINTENDENT OF THE CAPRON CORRECTIONAL UNIT.   Sup. Ct. Va.   Certiorari denied.

No. 85–5602.   SNOWDEN v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 85–5603.   PHELPS v. DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 85–5605.   A. E. R., A CHILD v. FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.